IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHIRLEY SCROGGINS                                                                     PLAINTIFF

v.                                        CASE NO. 12-CV-4059

MARK GOLDEN, Individually and
in his official capacity; and ASHDOWN
POLICE CHIEF DOYLE CROUCH,
 Individually and in his official capacity                          DEFENDANTS

## ORDER

      Before the Court is Plaintiff's Motion to Dismiss Case. (ECF No. 26). Plaintiff seeks to dismiss her case against Defendants. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion (ECF No. 26) should and be hereby is **GRANTED**. Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. Defendants's Motion for Summary Judgment (ECF No. 16), Motion for Order to Show Cause (ECF No. 23), and Motion to Dismiss (ECF No. 24) are now moot.

      **IT IS SO ORDERED**, this 21st day of January, 2014.

                                                                        /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        United States District Judge